ACCEPTED
03-14-00283-CV
7276799
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/7/2015 3:59:10 PM
JEFFREY D. KYLE
CLERK

**NOS. 03-14-00283-CV & 03-14-00360-CV**

# In the Court Of Appeals
# for the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/7/2015 3:59:10 PM
JEFFREY D. KYLE
Clerk

TEXAS EDUCATION AGENCY and MICHAEL L. WILLIAMS, COMMISSIONER OF EDUCATION, in his OFFICIAL CAPACITY,

*Appellants/Defendants,*

V.

AMERICAN YOUTHWORKS, INC., d/b/a AMERICAN YOUTHWORKS CHARTER SCHOOL, HONORS ACADEMY, INC., d/b/a HONORS ACADEMY, *and* TWO AZLEWAY, INC. d/b/a/ AZLEWAY CHARTER SCHOOL,

*Appellees/Plaintiffs/Intervenors.*

On Appeal from the 261st District Court
Travis County, Texas
Cause No. D-1-GN-14-000672

**APPELLANTS' OPPOSED MOTION FOR LEAVE TO FILE POST SUBMISSION LETTER**

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

SHELLEY NIETO DAHLBERG
Associate Deputy Attorney General For Civil Litigation
State Bar No. 24012491
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 936-1864
Fax: (512) 320-0667

shelley.dahlberg@texasattorneygeneral.gov

ATTORNEYS FOR RESPONDENT

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

This motion seeks leave to file a post-submission letter brief.

Oral argument in the above-referenced matter was held on September 24, 2015. During argument, Justice Field inquired whether amendments to TEX. EDUC. CODE § 12.115(c), enacted in Senate Bill 2 in 2013, are unconstitutionally retroactive under the Supreme Court's analysis in *Robinson v. Crown Cork & Seal Co.*, 335 S.W.3d 126 (Tex. 2010). Appellants submit that under *Robinson* and the Court's later opinion in *Union Carbide Corp. v. Synatzske*, 438 S.W.3d 39 (Tex. 2014), the statute is not unconstitutionally retroactive.

Given the length of Appellees' argument, Counsel for Appellants seeks this leave to further explain the Commissioner's argument related to Justice Field's question for which there was little time allotted during rebuttal.

Accordingly, Appellants request that the Court grant leave to file their *Post Submission Letter Brief.*

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for
Civil Litigation

2



SHELLEY N. DAHLBERG
Assistant Attorney General
Texas Bar No. 24012491
General Litigation Division
Post Office Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 (Telephone)
(512) 320-0667 (Facsimile)

## CERTIFICATE OF CONFERENCE

I certify that my legal assistant, at my direction, emailed Appellees' counsel on October 6, 2015 at 9:13 a.m. to determine whether they are opposed to this motion. I was copied on the email. Mr. O'Hanlon indicated that he was unopposed to the motion but deferred to Mr. Schulman given that the issues addressed in the letter pertain to American YouthWorks' claim. Mr. Schulman asked for additional time to consider the content of the letter. As of the filing of this motion, I have not heard further from Appellees' counsel. I therefore assume the motion is opposed.

SHELLEY N. DAHLBERG
Assistant Attorney General

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2015 the foregoing document was filed electronically and sent to the following counsel of record via email and/or ECF Notification:

Robert A. Schulman
SCHULMAN, LOPEZ& HOFFER, L.L.P.
Joseph E. Hoffer
517 Soledad Street
San Antonio, Texas 78205-1508
rschulman@slh-law.com
jhoffer@slh-law.com

Cris Feldman
3355 West Alabama Street, Suite 1220
Houston, Texas 77098
cris.feldman@thefeldmanfirmpc.com
*Attorneys for Plaintiff*

Kevin O'Hanlon
Leslie McCollom
808 West Avenue
Austin, Texas 78701
kohanlon@808west.com
lmccollom@808west.com
*Attorneys for Plaintiff-Intervenor*
*Honors Academy, Inc.*

Susan G. Morrison
The Fowler Law Firm, PC
919 Congress Ave. Suite 900
Austin, TX 78701
smorrison@thefowlerlawfirm.com
*Attorneys for Plaintiff-*
*IntervenorAzleway Charter School*



SHELLEY N. DAHLBERG
Assistant Attorney General